# UNITED STATES DISTRICT COURT

Eastern **District of** New York

Courchevel 1850 LLC
              Plaintiff (s),

V.

Ivurube Properties Inc.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-04410-WFK-SMG

Notice is hereby given that, subject to approval by the court, __Courchevel 1850 LLC__ substitutes
(Party (s) Name)

__Danielle Paula Light, Esq.__, State Bar No. __4875266__ as counsel of record in
(Name of New Attorney)

place of __Alan H. Weinreb, Esq., The Margolin & Weinreb Law Group, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hasbani & Light, P.C. |
| Address: | 450 Seventh Ave, Suite 1408, New York, NY 10123 |
| Telephone: | (646) 490-6677    Facsimile (347) 491-4048 |
| E-Mail (Optional): | dlight@hasbanilight.com |

I consent to the above substitution.

Date: 6/11/2019

    DocuSigned by:
    *Jared Dotoli*
    —080ZBCE637DC4EE...
    Jared Dotoli
    (Signature of Party (s))

I consent to being substituted.

Date: 6/11/2019

    *Alan H. Weinreb*
    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/11/2019

    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

| Eastern | District of | New York |

Courchevel 1850 LLC

              Plaintiff (s),

V.

Ivurube Properties Inc.

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17-cv-04410-WFK-SMG

Notice is hereby given that, subject to approval by the court, __Courchevel 1850 LLC__ substitutes
                                                                      (Party (s) Name)

__Danielle Paula Light, Esq.__, State Bar No. __4875266__ as counsel of record in
(Name of New Attorney)

place of __Alan H. Weinreb, Esq., The Margolin & Weinreb Law Group, LLP__.
                                 (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Hasbani & Light, P.C.
    Address: 450 Seventh Ave, Suite 1408, New York, NY 10123
    Telephone: (646) 490-6677      Facsimile (347) 491-4048
    E-Mail (Optional): dlight@hasbanilight.com

I consent to the above substitution.

Date: 6/11/2019

                                                                         (Signature of Party (s))

I consent to being substituted.

Date: 6/11/2019

                                                     Alan H. Weinreb
                                                     (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/11/2019

                                                     Danielle Light
                                                       (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]