## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **June 17, 2019** |
| **TIME:** | **11:30 a.m.** |
| **DOCKET NUMBER(S):** | **CV 17-4410 (WFK)** |
| **NAME OF CASE(S):** | **Courchevel 1850 LLC v. Ivurube Properties Inc. et al** |
| **FOR PLAINTIFF(S):** | **Hasbani** |
| **FOR DEFENDANT(S):** | **Okenwa** |
| **NEXT CONFERENCE(S):** | **TELEPHONE CONFERENCE AT 4:30 PM ON AUGUST 7, 2019** |
| **FTR/COURT REPORTER:** | N/A |

**STATUS CONFERENCE RULINGS:**

**Defendant may serve formal discovery demands by June 18, 2019.**

**The parties will work together to allow defendant's handwriting expert to examine the original note and any related documents.**

**THE COURT WILL HOLD A TELEPHONE CONFERENCE AT 4:30 PM ON AUGUST 7, 2019.**

**Counsel shall be prepared to discuss the possibility of settlement and to set a date for submitting premotion conference applications in anticipation of summary judgment motion practice.**